942

No. 643.   BUNN v. NORTH CAROLINA. ▮▮▮▮▮▮▮▮▮▮
▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮   *Per Curiam:*
The motion to dismiss is granted and the appeal is dismissed for want of a substantial federal question.   Petitioner *pro se*.   *Harry McMullan,* Attorney General of North Carolina, and *T. W. Bruton,* Assistant Attorney General, for appellee. ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
▮▮▮▮▮

*Miscellaneous Orders.*

No. 42.   KLAPPROTT v. UNITED STATES.   The motion of the respondent to modify the judgment of this Court in this case is granted.   The judgment announced January 17, 1949 [335 U. S. 601, 616], reading as follows: "The judgments accordingly are reversed and the cause is remanded to the District Court with instructions to set aside the judgment by default and grant the petitioner a hearing on the merits raised by the denaturalization complaint.", is amended to read: "The judgment of the Court of Appeals is reversed and the cause is remanded to the District Court with directions to receive evidence on the truth or falsity of the allegations contained in petitioner's petition to vacate the default judgment entered in the denaturalization proceedings."   MR. JUSTICE BLACK, MR. JUSTICE DOUGLAS, MR. JUSTICE MURPHY, and MR. JUSTICE RUTLEDGE dissent from the modification of the order.   *Solicitor General Perlman* was on the motion to modify the judgment, for the United States.   *P. Bateman Ennis, W. Clifton Stone* and *Morton Singer* were on the brief in opposition, for petitioner.

No. 309, Misc.   DOELLE v. MICHIGAN;
No. 427, Misc.   VAN PELT v. RAGEN, WARDEN; and
No. 434, Misc.   MORTON v. STEELE, WARDEN.   The motions for leave to file petitions for writs of habeas corpus are denied.